**1UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

Brad E. Keefer

Rebecca L. Keefer,

        Debtors.

Case No.15-34502-KLP
Chapter 7

**CONSENT ORDER DENYING MOTION TO VACATE DISCHARGE AND
GRANTING MOTION TO VACATE DISMISSAL**

On August 29, 2015, the debtors filed for relief under the provisions of chapter 7 of the United States Bankruptcy Code, and on December 28, 2016, this Court entered a Discharge for the debtors. At the time the discharge was entered the chapter 7 trustee had not received all of the information necessary for him administer the case, and the Chapter 7 trustee ultimately adjourned the 11 U.S.C. § 341 meeting to March 7, 2016. The debtors did not show for the adjourned meeting of creditors, and the U.S. Trustee certified the case for dismissal. The Order dismissing this case was entered on March 16, 2016. On March 21, 2016, the chapter 7 trustee filed a Motion to Vacate the Discharge as he had not finished his administration of the case. On March 25, the debtors filed a Motion to Vacate the Order Dismissing the case.

At the hearing on the Motion to Vacate Discharge and the Motion to Vacate the Dismissal, the matter was continued to May 4, 2016 at 10:30 a.m. to allow the parties to reach a resolution of these matter, and the parties having done so and being in agreement as evidenced by their endorsement of this Consent Order below, and in recognition of the Amended Schedules and Statements filed by the debtors on April 15, 2016, and the parties agreeing that the debtors have now provided the chapter 7 trustee will all the information necessary to allow him to administer this case, it is hereby

ORDERED that the Motion to Vacate the Discharge in this case is hereby DENIED, and it is

FURTHER ORDERED that the Motion to Vacate the Dismissal of this case is hereby GRANTED.

ENTER: May 3 2016

_____    /s/ Keith L. Phillips
\_\_\_\_            _____        United States Bankruptcy Judge

Entered on Docket: 5/3/16

We ask for this:

/s/Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee

/s/Harry Shaia, Jr.
Harry Shaia, Jr., chapter 7 trustee

/s/ Jason M. Krumbein
Jason M. Krumbein
Counsel for the debtors

CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2016, a true copy of the foregoing was served via electronic delivery and/or first class mail, postage prepaid, to the following parties at the addresses listed below.

Harry Shaia
harryshaia@spinella.com

Jason M. Krumbein

jkrumbein@krumbeinlaw.com

/s/Robert B. Van Arsdale
Robert B. Van Arsdale

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 15-34502-KLP
Brad E. Keefer                                                                  Chapter 7
Rebecca L Keefer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: luedecket              Page 1 of 2              Date Rcvd: May 03, 2016
                               Form ID: pdford5             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2016.
```
db/jdb         +Brad E. Keefer,   Rebecca L Keefer,   1131 Rosebud Ln,   Aylett, VA 23009-4120
13033166       +American Family Fitness,   Corporate Office,   4435 Waterfront Dr., Ste. 304,
                 Glen Allen, VA 23060-6166
13033168       +Bon Secours Rich Health Cen,   Attn: Beverly Slater,   8580 Magellan Parkway,
                 Richmond, VA 23227-1149
13033170       +Golden Valley Lending GRP, Inc,   r/a DONNA LYNNE KUNZ,   5841 ROUND MOUNTAIN RD,
                 Bakersfield, CA 93308-9674
13033171       +Golden Valley Lending, Inc.,   635 East Hwy 20, E,   Upper Lake, CA 95485-8793
13033174       +LabCorp-Corporate Headquarters,   1447 York Court,   P.O. Box 2240,   Burlington, NC 27216-2240
13033175       +Legacy Eye Care, LLC,   r/a Incorp Services,   7288 HANOVER GREEN DR,
                 Mechanicsville, VA 23111-1709
13033176       +One Main Financial,   NTBS-2320,   6801 Colwell Blvd.,   Irving, TX 75039-3198
13033177       +Pediatric Cardiology of VA, PC,   r/a S MILES DUMVILLE,   901 E BYRD ST STE 1700,
                 Richmond, VA 23219-4068
13033182        VIASAT Communications, Inc,   fka Wildblue, ra Corporation S,   1111 E. Main, STE 1600,
                 Moon, VA 23119-0000
13033181        Verizon Wireless,   500 Technology Drive # 550,   Saint Charles, MO 63304-2225
13033185        Wells Fargo Card Services,   Recovery Dep't,   P.O. Box 9210,   Des Moines, IA 50306-9210
13033186        Wells Fargo Dealer Servs, Inc,   PO Box 19657,   Irvine, CA 92623-9657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov May 04 2016 02:23:07      UST smg Richmond,
                 Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
13033167        E-mail/Text: bankruptcy@bbandt.com May 04 2016 02:22:49      BB & T,   PO Box 1847,
                 Wilson, NC 27894-1847
13033165        E-mail/Text: BankruptcyNotices@aafes.com May 04 2016 02:22:31      AAFES Military Star Card,
                 3911 S. Walton Walker Blvd,   Dallas, TX 75236-1598
13033169       +E-mail/PDF: gecsedi@recoverycorp.com May 04 2016 02:15:03      GECRB,   Attn Bankruptcy Dept,
                 P O Box 103104,   Roswell, GA 30076-9104
13033172        E-mail/Text: cio.bncmail@irs.gov May 04 2016 02:22:42      Internal Revenue Service,
                 Centralized Insolvency Ops,   PO Box 7346,   Phila, PA 19101-7346
13033176       +E-mail/Text: OMbknotifications@Onemainfinancial.com May 04 2016 02:24:11      One Main Financial,
                 NTBS-2320,   6801 Colwell Blvd.,   Irving, TX 75039-3198
13033178       +E-mail/Text: csidl@sbcglobal.net May 04 2016 02:23:41      Premier Bankcard/Charter,
                 PO Box 2208,   Vacaville, CA 95696-8208
13033179        E-mail/Text: appebnmailbox@sprint.com May 04 2016 02:23:10      Sprint Nextel Correspondence,
                 Attn: Bankruptcy Department,   P.O. Box 7949,   Overland Park, KS 66207-0949
13033180       +E-mail/Text: appebnmailbox@sprint.com May 04 2016 02:23:11      Sprint PCS,   PO Box 105243,
                 Atlanta, GA 30348-5243
13033183       +E-mail/Text: bankruptcynotification@vacu.org May 04 2016 02:23:19      Virginia Credit Union,
                 7500 Boulders View Drive,   P.O. Box 90010,   Richmond, VA 23225-9010
13033184        E-mail/Text: bkr@taxva.com May 04 2016 02:23:53      Virginia Department of Tax,   PO Box 2156,
                 Richmond, VA 23218-2156
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13033173        Kirby Vaccum
13033187      ##+Wells Fargo Financial,   4137 121st Street,   Urbandale, IA 50323-2310
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2016                              Signature: /s/Joseph Speetjens

```
District/off: 0422-7          User: luedecket          Page 2 of 2          Date Rcvd: May 03, 2016
                              Form ID: pdford5         Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2016 at the address(es) listed below:
              Harry   Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Harry   Shaia, Jr    on behalf of Trustee Harry   Shaia, Jr harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Jason Meyer Krumbein    on behalf of Debtor Brad E. Keefer jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
              Jason Meyer Krumbein    on behalf of Joint Debtor Rebecca L Keefer jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;plutzky@krumbeinlaw.com
                                                                                             TOTAL: 4
```